JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST MOYER, a Conserved Individual, by and through his Guardian Ad Litem, Lynn Moyer,,<br><br>Plaintiff,<br><br>vs.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT, a Local Education Agency,<br><br>Defendant. | ) CASE NO. CV 09-04430 MMM (AJWx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On January 24, 2013, the court issued findings of fact and conclusions of law, denying plaintiff's appeal of an administrative ruling regarding the public educational services the Long Beach Unified School District (the "District") provided to plaintiff, and the adequacy of those services under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400, et seq. ("IDEA"), and affirming the ALJ's decision in all respects. The court also issued an order to show cause as to why it should not dismiss plaintiff's remaining causes of action under the Rehabilitation Act and Americans with Disabilities Act for failure to prosecute. Plaintiff responded to the court's order, requesting that his remaining claims be dismissed with prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That the findings of Office of Administrative Hearings Administrative Law Judge ("ALJ") Richard T. Breen are affirmed in all respects and plaintiff's IDEA claim is dismissed with prejudice;

2. That, at plaintiff's request, his remaining claims are dismissed with prejudice;

3. That the action be, and it hereby is, dismissed.

DATED: January 31, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2